# PROPERTY DESCRIPTION

## PARCEL I:

LOCATED IN THE CITY OF DAYTON, COUNTY OF MONTGOMERY, STATE OF OHIO AND BEING ALL OF LOT NOS. 85 AND 86 AND THE WESTERN MOST 58.85 FEET OF LOT NO. 87 OF THE REVISED AND CONSECUTIVE NUMBERS OF LOTS AS SHOWN ON THE PLAT OF THE CITY OF DAYTON, OHIO, SAID TRACT OF LAND DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTH LINE OF SECOND STREET (99.00 FEET WIDE) WITH THE EAST LINE OF MAIN STREET (132.00 FEET WIDE); THENCE WITH THE EAST LINE OF SAID MAIN STREET NORTH NO DEGREES NO MINUTES FIFTEEN SECONDS (00 DEG. 00' 15") WEST FOR ONE HUNDRED NINETY-NINE AND 18/100 (199.18) FEET TO A POINT IN THE SOUTH LINE OF BOOHER LANE (16.5 FEET WIDE); THENCE WITH THE SOUTH LINE OF SAID BOOHER LANE NORTH EIGHTY-NINE DEGREES FIFTY-FIVE MINUTES FIFTEEN SECONDS (89 DEG. 55' 15") EAST FOR TWO HUNDRED FIFTY-SEVEN AND 01/100 (257.01) FEET TO THE NORTHWEST CORNER OF LAND CONVEYED TO DANIS REALTY CO., INC. BY DEED NO. 88-23A09 OF THE DEED RECORDS OF MONTGOMERY COUNTY, OHIO; THENCE WITH THE WEST LINE OF SAID DANIS REALTY CO., INC. LAND PARALLEL TO THE EAST LINE OF SAID MAIN STREET SOUTH NO DEGREES NO MINUTES FIFTEEN SECONDS (00 DEG. 00' 15") EAST FOR ONE HUNDRED NINETY-NINE AND 18/100 (199.18) FEET TO THE SOUTHWEST CORNER THEREOF, SAID POINT BEING IN THE NORTH LINE OF SAID SECOND STREET; THENCE WITH SAID NORTH LINE SOUTH EIGHTY-NINE DEGREES FIFTY-FIVE MINUTES FIFTEEN SECONDS (89 DEG. 55' 15" WEST FOR TWO HUNDRED FIFTY-SEVEN AND 01/100 (257.01) FEET TO THE POINT OF BEGINNING, CONTAINING ONE AND 1752/10000 (1.1752) ACRES, MORE OR LESS.

## PARCEL II:

SITUATE IN THE CITY OF DAYTON, IN THE COUNTY OF MONTGOMERY AND STATE OF OHIO, BOUNDED BY BEGINNING AT A POINT ON THE NORTH SIDE OF SECOND STREET IN THE SAID CITY OF DAYTON, OHIO, 257 FEET AND 7 INCHES EAST OF WILLIAM BAKER'S CORNER ON MAIN STREET; THENCE EAST ON A LINE WITH SECOND STREET, 20 FEET; THENCE NORTHWARDLY PARALLEL WITH MAIN STREET, 198 FEET AND 9½ INCHES, TO AN ALLEY; THENCE WESTWARDLY ALONG THE LINE OF SAID ALLEY, 20 FEET; THENCE SOUTHWARDLY PARALLEL WITH MAIN STREET, 198 FEET AND 9 ½ INCHES, TO THE PLACE OF BEGINNING, SAID PREMISES BEING A PART OF INLOT NUMBERED EIGHTY SEVEN (87) ON THE ORIGINAL PLAT OF THE SAID CITY OF DAYTON, OHIO.

## PARCEL III:

TOGETHER WITH A PERPETUAL, EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AS CONTAINED IN A RECIPROCAL EASEMENT AGREEMENT BETWEEN THE CITY OF DAYTON, OHIO AND DANIS REALTY CO., INC. AS RECORDED IN DEED NO 88-317B03 DESCRIBED AS FOLLOWS:

LOCATED IN THE CITY OF DAYTON, COUNTY OF MONTGOMERY, STATE OF OHIO, AND BEING PARTS OF LOT NOS. 87 AND 88 OF THE REVISED AND CONSECUTIVE NUMBERS OF LOTS AS SHOWN ON THE PLAT OF THE CITY OF DAYTON, OHIO, SAID TRACT OF LAND DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTH LINE OF SECOND STREET (99.00 FEET WIDE) WITH THE WEST LINE OF JEFFERSON STREET (99.00 FEET WIDE); THENCE WITH THE WEST LINE OF JEFFERSON STREET NORTH NO DEGREES NO MINUTES THIRTY SECONDS (00° 00' 30") EAST FOR ONE HUNDRED NINETY-NINE AND 18/100 (199.18) FEET TO A POINT AT THE INTERSECTION OF THE WEST LINE OF JEFFERSON STREET WITH THE SOUTH LINE OF BOOHER LANE (16.5 FEET WIDE), SAID POINT ALSO BEING THE NORTHEAST CORNER OF LOT 88 AND ALSO BEING THE TRUE POINT OF BEGINNING; THENCE WITH THE WEST LINE OF JEFFERSON STREET SOUTH NO DEGREES NO MINUTES THIRTY SECONDS (00° 00' 30") WEST FOR SIXTY-EIGHT AND NO/100 (68.00) FEET TO A POINT; THENCE PARALLEL WITH THE NORTH LINE OF SECOND STREET SOUTH EIGHTY-NINE DEGREES FIFTY-FIVE MINUTES FIFTEEN SECONDS (88° 55' 15") WEST FOR ONE HUNDRED TWENTY AND 20/100 (120.20) FEET TO A POINT ON THE EAST LINE OF LAND CONVEYED BY EVELYN MAYBRUCK TO DANIS REALTY CO., INC. BY DEED RECORDED IN MICROFICHE NO. 88-23A09; THENCE WITH THE EAST LINE OF SAID DANIS LAND PARALLEL WITH THE EAST LINE OF MAIN STREET NORTH NO DEGREES NO MINUTES FIFTEEN SECONDS (00° 00' 15") WEST FOR SIXTY-EIGHT AND NO/100 (68.00) FEET TO THE NORTHEAST CORNER OF SAID DANIS LAND, SAID POINT ALSO BEING IN THE SOUTH LINE OF BOOHER LANE; THENCE WITH SAID SOUTH LINE NORTH EIGHTY-NINE DEGREES FIFTY-FIVE MINUTES FIFTEEN SECONDS (89° 55' 15") EAST FOR ONE HUNDRED TWENTY AND 21/100 (120.21) FEET TO THE TRUE POINT OF BEGINNING, CONTAINING 1876/10,000 (0.1876) ACRES, MORE OR LESS.

21112584\V-9