IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED CERTIFICATEHOLDERS OF BEAR STEARNS COMMERCIAL MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-PBW1 c/o Centerline Servicing, LLC 5221 N. O'Connor Boulevard Irving, TX 75039<br><br>    Plaintiff,<br><br>v.<br><br>DANIS FIFTH THIRD CENTER, INC.<br>    Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 3: 10-cv-00031-TMR-MRM |

## CONSENT JUDGMENT IN MORTGAGE FORECLOSURE

It appearing that Defendant Danis Fifth Third Center, Inc. (the "Defendant") has defaulted on its obligations under the Note and Mortgage at issue herein, as more fully described and defined in the Complaint in Mortgage Foreclosure filed by Plaintiff on January 25, 2010; and it further appearing that Plaintiff Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Certificateholders of Bear Stearns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2002-PBW1 is the holder of the Mortgage at issue in this action; and it further appearing that under the Note, as that term is defined in the Complaint, as of January 1, 2010, Defendant is indebted thereunder in the total amount of $23,777,111.49, with continuing per diem interest thereon from and after January 1, 2010 until the sale of the Mortgaged Premises, at the regular

rate of $4,042.23 and at the default rate of $2,522.45, together with additional prepayment penalties through and as of the date of sale of the Mortgaged Premises, together with additional attorneys' fees and costs through the date of sale of the Mortgaged Premises (the foregoing collectively, the "Indebtedness"); and it further appearing that the Mortgage at issue in this action secures the Indebtedness; it is, accordingly, hereby:

ORDERED, ADJUDGED, and DECREED that judgment is entered, in favor of Plaintiff, Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the Registered Certificateholders of Bear Stearns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2002-PBW1, and against Danis Fifth Third Center, Inc., as follows:

A. Fixing the amount due under the Note and Mortgage at $23,777,111.49 as of January 1, 2010 with continuing interest thereon from and after January 2, 2010 until the date of sale of the Mortgaged Premises at the regular rate of $4,042.23 and at the default rate of $2,522.45, together with additional attorneys fees and costs through the date of sale of the Mortgaged Premises;

B. Foreclosing all right, title, lien and equity of redemption which said Defendant and all those claiming by, through or under it have or had in the Mortgaged Premises located at 110 North Main Street, Dayton, Montgomery County, Ohio, as more fully described on Exhibit "A" attached hereto and in the collateral secured by the UCC-1 Financing Statements given by Defendant, and ordering that the Mortgaged Premises be sold at foreclosure, with the Receiver appointed in this action having the power and authority pursuant to 28 U.S.C. Section 2001, et seq. to conduct said foreclosure sale.

May 4, 2010

        **BY THE COURT:**

        **s/Thomas M. Rose**

        _____
        Thomas M. Rose
        United States District Judge


        /s/ Jeffrey S. Adler, Esquire_____
        Jeffrey S. Adler , Esquire
        Burns, White & Hickton, LLC
        Superior Building, Suite 1325 #15
        815 Superior Avenue, East
        Cleveland, OH  44114
        216-920-3090


        /s/ Robert M. Curry, Esquire_____
        Robert M. Curry, Esquire
        Thompson Hine, LLP
        2000 Courthouse Plaza NE
        Dayton, OH  45402
        937-443-6511